Etta Wolf, appellant, v. Michael S. Roth et al., defendants. Michael S. Roth, appellee. Gen. No. 38,105.

Opinion filed December 30, 1935. Rehearing denied January 11, 1936.

Sidney J. Wolf, for appellant. Danaher & Garriott, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Van Schaack-Mutual, Inc., appellee, v. LaFayette Drug Company, appellant. Gen. No. 38,121.

Opinion filed December 30, 1935. Rehearing denied and opinion modified January 11, 1936.

I. J. Berkson, for appellant. Bennett & Colbach, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Elmer M. Leesman and Erwin W. Roemer, appellees, v. Robert E. Little, appellant. Gen. No. 38,132.

Opinion filed December 30, 1935. Rehearing denied January 11, 1936.

Robert E. Little, pro se; Harry Brown, of counsel. Leroy A. Mote, for appellees.

Mr. Presiding Justice Scanlan delivered the opinion of the court.